```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JASON HAYES PARKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 6:11-cr-0005 MJS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE/REVIEW HEARING; |
| | ) | ORDER |
| JASON HAYES PARKER, | ) | |
| | ) | Date: December 6, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for November 1, 2011, **may be continued to December 6, 2011 at 10:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation. Defense has new counsel, and is obtaining a transcript of suppression hearing. The government does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 28, 2011 | /s/ Susan St. Vincent<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 28, 2011 | /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jason Hayes Parker |

ORDER

The Court, having reviewed the above request for a continuance of the status conference currently set for November 1, 2011 until December 6, 2011, HEREBY ORDERS AS FOLLOWS:

    The status conference in the above entitled matter shall be continued to December 6, 2011 at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated: October 28, 2011    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Parker - Stipulation to Continue
Status Conference and Order