DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JASON HAYES PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) NO. 6:11-cr-00005 MJS
    Plaintiff, )
) STIPULATION TO CONTINUE STATUS
  v. ) CONFERENCE/REVIEW HEARING;
) ORDER
JASON HAYES PARKER, )
) Date: January 19, 2012
    Defendant. ) Time: 10:00 a.m.
_____ ) Judge: Hon. Michael J. Seng

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for December 6, 2011, **may be continued to January 19, 2012, at 10:00 a.m.**

    This continuance is requested by counsel for defendant to allow additional time for further defense preparation and plea negotiation. The government does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

BENJAMIN B. WAGNER
United States Attorney

DATED: November 29, 2011                               /s/ Susan St. Vincent
                                                          SUSAN ST. VINCENT
                                                          Acting Legal Officer
                                                          National Park Service


DANIEL J. BRODERICK
Federal Defender

DATED: November 29, 2011                              /s/ Melody M. Walcott
                                                          MELODY M. WALCOTT
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          Jason Hayes Parker


ORDER

The Court, having reviewed the above request for a continuance of the status conference currently set for December 6, 2011 until January 19, 2012, HEREBY ORDERS AS FOLLOWS:

The status conference in the above entitled matter shall be continued to January 19, 2012, at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated: November 29, 2011            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Parker - Stipulation and Proposed Order
To Continue Status Conference Hearing

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Parker - Stipulation and Proposed Order
To Continue Status Conference Hearing